No. 02M47. JENKINS v. WALLS, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 02M48. MURPHY v. REINHARD, COMMISSIONER, VIRGINIA DEPARTMENT OF MENTAL HEALTH, MENTAL RETARDATION AND SUBSTANCE ABUSE SERVICES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 02–728. VALDIVIESO ET AL. v. ATLAS AIR, INC. C. A. 11th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 02–7510. BANDY v. SPRINT MID-ATLANTIC TELECOM, INC. C. A. 4th Cir.; and
No. 02–7565. GIFFORD v. VAIL RESORTS, INC. C. A. 10th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 11, 2003, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.